STATE v. ROGERS

No. 513P96

Case below: 124 N.C.App. 364

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. SLOAN

No. 11A97

Case below: 124 N.C.App. 672

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 7 February 1997.

STATE v. SMITH

No. 553P96

Case below: 124 N.C.App. 668

Notice of appeal by defendant (substantial constitutional question) dismissed 7 February 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.

STATE v. STEWART

No. 410P96

Case below: 123 N.C.App. 789

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1997.